```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

Lisa D. Carpenter and
Jeffrey D. Carpenter

  v.                                    Civil No. 14-cv-540-PB

Eli Lilly and Co.


**O R D E R**

The Discovery Plan (doc. no. 12) is approved as submitted, with the following changes/additions:

- Requests for admission – A maximum of 30 requests for admission by each party to any other party

- Summary judgment deadline – June 6, 2016

- Challenges to expert testimony – August 19, 2016

- Jury trial – Two week period beginning October 4, 2016

**Completion of Discovery.** The parties are advised that the court considers the deadline for the completion of discovery to be a deadline by which discovery is to be completed – not a deadline by which discovery is to be served. Propounding parties shall ensure that enough time remains in the discovery period for the recipient to provide its responses by that deadline. Where Federal Rule 33(b)(2), 34(b)(2), or 36(a)(3)

would call for a response after the deadline, the recipient need not provide a response.

**Requests for Admission.** In the proposed plan, the defendant requested a maximum of twenty-five requests for admission. The plaintiffs requested a maximum of sixty requests for admission. The court has considered the complexity of the case and believes that thirty requests for admission is an appropriate limit. To the extent the plaintiffs seek to propound additional requests beyond the thirty request limit, they may seek relief from the court for good cause shown.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

February 11, 2015

cc: Leslie Nixon, Esq.
    Robert Wisner, Esq.
    Michael Imbroscio, Esq.
    Michele Kenney, Esq.
    Phyllis Jones, Esq.