# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LISA D. CARPENTER and JEFFREY D. CARPENTER,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Civil Action No. 1:14-cv-00540-PB<br><br>**Hon. Paul J. Barbadero** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Lisa D. Carpenter and Jeffrey D. Carpenter (collectively "Plaintiffs") and Defendant Eli Lilly and Company hereafter collectively "the Parties," state as follows:

**WHEREAS**, Plaintiffs agree to voluntarily dismiss this action without prejudice; and

**WHEREAS**, the Parties stipulate and agree that all Parties in this action shall bear their own attorneys' fees and costs.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the above-captioned action is voluntarily dismissed, without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

2

IT IS SO STIPULATED this 1st day of December, 2015.

| | |
|---|---|
| /s/ Diane Marger Moore | /s/Michele E. Kenney (with consent) |
| R. Brent Wisner (*pro hac vice*) <br> rbwisner@baumhedlundlaw.com <br> **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.** <br> 12100 Wilshire Blvd., Suite 950 <br> Los Angeles, CA 90025 <br> Tel: (310) 207-3233 <br> Fax: (310) 820-7444 | Michele E. Kenney <br> mkenney@pierceatwood.com <br> **PIERCE ATWOOD LLP** <br> One New Hampshire Avenue, Suite 350 <br> Portsmouth, NH 03801 <br> (603) 433-6300 |
| Leslie Nixon, Esquire <br> LNixon@davenixonlaw.com <br> **NIXON, VOGELMAN, BARRY, SLAWSKY & SIMONEAU** <br> 77 Central St. <br> Manchester, NH 03101 <br> (603) 669-7070 <br> (603) 669-7080 facsimile | Phyllis A. Jones <br> pajones@cov.com <br> Brett Reynolds <br> breynolds@cov.com <br> Michael X Imbroscio <br> mimbroscio@cov.com <br> **COVINGTON & BURLING LLP** <br> One CityCenter <br> 850 Tenth Street, NW <br> Washington, DC 20001 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

   I, R. Brent Wisner, hereby certify that, on December 1, 2015, I electronically filed the **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk for the United States District Court for the District of New Hampshire using the CM/ECF system, which shall send electronic notification to counsel of record.

                   /s/ R. Brent Wisner
                   R. Brent Wisner